**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Appearance of Counsel Form**

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. 23-12155

August Dekker, et al              vs.              Secretary, Florida Agency for Health Care Admin, et al

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations

See Attachment 1 for full list.

These individuals/entities are:

| | | | | | |
|---|---|---|---|---|---|
| ☐ | appellant(s) | ☐ | petitioner(s) | ☐ | intervenor(s) |
| ☐ | appellee(s) | ☐ | respondent(s) | ☑ | amicus curiae |

☐  The following related or similar cases are pending in this court:

☐  Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: District of Columbia          State Bar No.: 358980

Signature: /s D. Jean Veta

Name (type or print): D. Jean Veta          Phone: (202) 662-5294

Firm/Govt. Office: Covington & Burling LLP          E-mail: jveta@cov.com

Street Address: 850 Tenth St. NW          Fax: (202) 778-5294

City: Washington          State: DC          Zip: 20001

Revised 12/21

## ATTACHMENT 1

### (List of *Amici Curiae*)

1. The American Academy of Pediatrics

2. The Academic Pediatric Association

3. The American Academy of Child and Adolescent Psychiatry

4. American Academy of Family Physicians

5. The American Academy of Nursing

6. The American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality

7. The American College of Obstetricians and Gynecologists

8. The American College of Osteopathic Pediatricians

9. The American College of Physicians

10. The American Medical Association

11. The American Pediatric Society

12. The American Psychiatric Association

13. The Florida Chapter of the American Academy of Pediatrics

14. Association of Medical School Pediatric Department Chairs, Inc.

15. The Association of American Medical Colleges

16. The Endocrine Society

17. The National Association of Pediatric Nurse Practitioners

18. The Pediatric Endocrine Society

19. The Society for Adolescent Health and Medicine

20. The Society for Pediatric Research

21. The Society of Pediatric Nurses

22. The Societies for Pediatric Urology

23. The World Professional Association for Transgender Health