# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. **23-12155**

**AUGUST DEKKER, et al.** vs. Secretary, Florida Agency for Health Care Administration, et al.

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

Amici Curiae Elliot Page and 57 Other Individuals (see attached addendum) in Support of Plaintiffs-Appellees.

These individuals/entities are:

- [ ] appellant(s)
- [ ] petitioner(s)
- [ ] intervenor(s)
- [ ] appellee(s)
- [ ] respondent(s)
- [x] amicus curiae

- [ ] The following related or similar cases are pending in this court:

- [x] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: **New York, First Department**     State Bar No.: **2677094**

Signature: **/s/ Carmine D. Boccuzzi, Jr.**

Name (type or print): **Carmine D. Boccuzzi, Jr.**     Phone: **(212) 225-2000**

Firm/Govt. Office: **Cleary Gottlieb Steen & Hamilton LLP**     E-mail: **cboccuzzi@cgsh.com**

Street Address: **One Liberty Plaza**     Fax:

City: **New York**     State: **NY**     Zip: **10006**

Revised 12/21

ADDENDUM TO APPEARANCE OF COUNSEL FORM

*AMICI CURIAE* ELLIOT PAGE AND 57 OTHER INDIVIDUALS

Rye D. Blum, Jennifer Finney Boylan, Aryn Bucci-Mooney, Precious Brady Davis, Wen Brovold, Alejandra Caraballo, Jennifer Michelle Chavez, Lena Chipman, Destiny Clark, Naomi Clark, Carla Combs, Ryan Combs, Gibran Cuevas, Zachary Drucker, Jack Einstein, Rhys Ernst, Jackson L. Gates, Cecilia Gentili, Nick Gorton, Jamison Green, Oliver Hall, Gwendolyn Herzig, Ray Holloman, Abigail Jensen, Harvey Katz, Harper B. Keenan, Anna H. Lange, Adrien Lawyer, Nicole Maines, Beck Witt Major, Miss Major, Rickke Mananzala, Dion Manley, Anya Marino, Sarah McBride, Jessie Lee Ann McGrath, Ei Meeker, Chris Mosier, Shain N. Neumeier, Rebecca Oppenheimer, Elliot Page, Torrey Peters, Jacob Reilly, Jeani Rice-Cranford, Marisa Richmond, Nick Romano, Cat Runner, La Sarmiento, Devon Shanley, Ames Simmons, , Avy Skolnik, Daniel Soltis, Trent Sutherlin, Lilly Wachowski, Jillian Weiss, Fresh Lev White, Mallory Ann Wood, Gerda Zinner.