# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

                                      Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

2    Order of the Court    23-12155

                                              Defendants- Appellants,

SIMONE MARSTILLER,
In Her Capacity as Secretary AHCA, et al.,

                                              Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

      The "Unopposed Motion of *Amici Curiae* Hussein Abdul-Latif, Rebecca Kamody, Laura Kuper, Meredithe McNamara, Nathalie Szilagyi, and Anne Alstott for Leave to File Brief as *Amici Curiae* in Support of Affirming the District Court's Order" is GRANTED.

                                      /s/ Andrew L. Brasher
                                      UNITED STATES CIRCUIT JUDGE