No. 23-12155

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

◆——◆

AUGUST DEKKER et al.,
*Plaintiffs-Appellees*,

v.

SECRETARY, FLORIDA AGENCY FOR
HEALTH CARE ADMINISTRATION, et al.,
*Defendants-Appellants*.

◆——◆

On Appeal from the United States District Court for the
Northern District of Florida, No. 4:22-cv-325-RH-MAF

## CERTIFICATE OF INTERESTED PERSONS OF *AMICI CURIAE* STATES OF ALABAMA, ARKANSAS, TENNESSEE, AND 15 OTHER STATES

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
A. Barrett Bowdre
  *Principal Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300

Jonathan Skrmetti
  *Attorney General & Reporter*
Steven J. Griffin
  *Senior Counsel for Strategic Litiga-
  tion & Assistant Solicitor General*
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL & REPORTER
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642

Tim Griffin
  *Attorney General*
Nicholas J. Bronni
  *Solicitor General*
Dylan L. Jacobs
  *Deputy Solicitor General*
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(1) and 26.1-2(b), the undersigned counsel certifies that the following persons and entities may have an interest in the outcome of this case:

1. Abdul-Latif, Hussein – *Amicus Curiae*;

2. Academic Pediatric Association – *Amicus Curiae*;

3. Alstott, Anne – *Amicus Curiae*;

4. Altman, Jennifer – *Counsel for Plaintiffs*;

5. American Academy of Child and Adolescent Psychiatry – *Amicus Curiae*;

6. American Academy of Family Physicians – *Amicus Curiae*;

7. American Academy of Nursing – *Amicus Curiae*;

8. American Academy of Pediatrics – *Amicus Curiae*;

9. American College of Obstetricians and Gynecologists – *Amicus Curiae*;

10. American College of Osteopathic Pediatricians – *Amicus Curiae*;

11. American College of Physicians – *Amicus Curiae*;

12. American Medical Association – *Amicus Curiae*;

13. American Pediatric Society – *Amicus Curiae*;

14. American Psychiatric Association – *Amicus Curiae*;

15. Anderson, Barrett – *Counsel for Amicus Curiae*;

16. Association of American Medical Colleges – *Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

17. Bailey, Andrew – *Counsel for Amicus Curiae*;

18. Bardos, Andy – *Counsel for Amicus Curiae*;

19. Barnes, Brian – *Counsel for Amicus Curiae*;

20. Beato, Michael – *Counsel for Defendants*;

21. Biomedical Ethics and Public Health Scholars –*Amicus Curiae*;

22. Bird, Brenna – *Counsel for Amicus Curiae*

23. Boergers, Kathleen – *Counsel for Amicus Curiae*;

24. Boulware, Susan – *Amicus Curiae*;

25. Boyden Gray PLLC – *Counsel for Amicus Curiae*;

26. Bowdre, A. Barrett – *Counsel for Amicus Curiae*;

27. Bronni, Nicholas J. – *Counsel for Amicus Curiae*;

28. Brown, Louis, Jr. – *Amicus Curiae*;

29. Burleigh, Clifton, Jr. – *Amicus Curiae*;

30. Cameron, Daniel – *Former Counsel for Amicus Curiae*;

31. Carr, Chris – *Counsel for Amicus Curiae*;

32. Charles, Carl – *Counsel for Plaintiffs*;

33. Chuang, Ming – *Counsel for Amicus Curiae*;

34. Clark, Kaila – *Counsel for Amicus Curiae*;

35. Coleman, Russell – *Counsel for Amicus Curiae*;

36. Commonwealth of Kentucky – *Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

37.     Commonwealth of Virginia – *Amicus Curiae*;

38.     Coursolle, Abigail – *Counsel for Plaintiffs*;

39.     Debriere, Katherine – *Counsel for Plaintiffs*;

40.     Dekker, August – *Plaintiff*;

41.     Do No Harm – *Amicus Curiae*;

42.     Doe, Jane – *Plaintiff*;

43.     Doe, John – *Plaintiff*;

44.     Doe, Suan – *Plaintiff*;

45.     Dunn, Chelsea – *Counsel for Plaintiffs*;

46.     Endocrine Society – *Amicus Curiae*;

47.     Figlio, Erik – *Counsel for Amicus Curiae*;

48.     Fitch, Lynn – *Counsel for Amicus Curiae*;

49.     Florida Agency for Health Care Administration – *Defendant*;

50.     Florida Chapter of the American Academy of Pediatrics – *Amicus Curiae*;

51.     Florida Policy Institute – *Amicus Curiae*;

52.     Florida Voices for Health – *Amicus Curiae*;

53.     Gonzalez-Pagan, Omar – *Counsel for Plaintiffs*;

54.     Griffin, Steven J. – *Counsel for Amicus Curiae*;

55.     Griffin, Tim – *Counsel for Amicus Curiae*;

56.     Halley, Ted – *Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

57.    Hartnett, Kathleen – *Counsel for Amicus Curiae*;

58.    Helstrom, Zoe – *Counsel for Amicus Curiae*;

59.    Heyer, Walt – *Amicus Curiae*;

60.    Hilgers, Michael T. – *Counsel for Amicus Curiae*;

61.    Hinkle, Robert – *U.S. District Court Judge*;

62.    Isasi, William – *Counsel for Amicus Curiae*;

63.    Jacobs, Dylan L. – *Counsel for Amicus Curiae*;

64.    Jazil, Mohammad – *Counsel for Defendants*;

65.    K.F. – *Plaintiff*;

66.    Kamody, Rebecca – *Amicus Curiae*;

67.    Kang, Katelyn – *Counsel for Amicus Curiae*;

68.    Kline, Robert – *Counsel for Amicus Curiae*;

69.    Kniffin, Eric – *Counsel for Amicus Curiae*;

70.    Knudsen, Austin – *Counsel for Amicus Curiae*;

71.    Kobach, Kris W. – *Counsel for Amicus Curiae*;

72.    Krasovec, Joseph – *Counsel for Amicus Curiae*;

73.    Kuper, Laura – *Amicus Curiae*;

74.    Lannin, Cortlin – *Counsel for Amicus Curiae*;

75.    Labrador, Raúl R. – *Counsel for Amicus Curiae*;

76.    LaCour, Edmund G. Jr. – *Counsel for Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

77.   Laudue, Jade – *Plaintiff*;

78.   Little, Joseph – *Counsel for Plaintiffs*;

79.   Marshall, Steve – *Counsel for Amicus Curiae*;

80.   Marstiller, Simone – *Former Defendant*;

81.   Mauler, Daniel – *Counsel for Amicus Curiae*;

82.   McCotter, R. Trent – *Counsel for Amicus Curiae*;

83.   McKee, Catherine – *Counsel for Plaintiffs*;

84.   McNamara, Meredithe – *Amicus Curiae*;

85.   Meszaros, Marie – *Amicus Curiae*;

86.   Miller, William – *Counsel for Plaintiffs*;

87.   Miyares, Jason – *Counsel for Amicus Curiae*;

88.   Mondry, Emily – *Counsel for Amicus Curiae*;

89.   Morrisey, Patrick - *Counsel for Amicus Curiae*;

90.   Morrison, Rachel – *Amicus Curiae*;

91.   National Association of Pediatric Nurse Practitioners – *Amicus Curiae*;

92.    Norohna, Maya – *Amicus Curiae*;

93.   North Central Florida Council of Child and Adolescent Psychiatry – *Amicus Curiae*;

94.   Olezeski, Christy – *Amicus Curiae*;

95.   Paxton, Ken – *Counsel for Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

96.  Pediatric Endocrine Society – *Amicus Curiae*;

97.  Perko, Gary – *Counsel for Defendants*;

98.  Pratt, Christine – *Amicus Curiae*;

99.  Pratt, Joshua – *Counsel for Defendants*;

100.  Ramer, John – *Counsel for Amicus Curiae*;

101.  Reinhardt, Elizabeth – *Counsel for Amicus Curiae*;

102.  Reyes, Sean - *Counsel for Amicus Curiae*;

103.  Richards, Jay – *Amicus Curiae*;

104.  Rivaux, Shani – *Counsel for Plaintiffs*;

105.  Rokita, Theodore E. – *Counsel for Amicus Curiae*;

106.  Rothstein, Brit – *Plaintiff*;

107.  Samuels, Valerie – *Counsel for Amicus Curiae*;

108.  Severino, Roger – *Amicus Curiae*;

109.  Shaw, Gary – *Counsel for Plaintiffs*;

110.  Skrmetti, Jonathan – *Counsel for Amicus Curiae*;

111.  Societies for Pediatric Urology – *Amicus Curiae*;

112.  Society for Adolescent Health and Medicine – *Amicus Curiae*;

113.  Society for Pediatric Research – *Amicus Curiae*;

114.  Society of Pediatric Nurses – *Amicus Curiae*;

115.  State of Alabama – *Amicus Curiae*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

116. State of Arkansas – *Amicus Curiae*;

117. State of Georgia – *Amicus Curiae*;

118. State of Idaho – *Amicus Curiae*;

119. State of Indiana – *Amicus Curiae*;

120. State of Iowa – *Amicus Curiae*;

121. State of Kansas – *Amicus Curiae*;

122. State of Mississippi – *Amicus Curiae*;

123. State of Missouri – *Amicus Curiae*;

124. State of Montana – *Amicus Curiae*;

125. State of Nebraska – *Amicus Curiae*;

126. State of South Carolina – *Amicus Curiae*;

127. State of Tennessee – *Amicus Curiae*;

128. State of Texas – *Amicus Curiae*;

129. State of Utah – *Amicus Curiae*;

130. State of West Virginia – *Amicus Curiae*;

131. Szilagyi, Nathalie – *Amicus Curiae*;

132. Thompson, David – *Counsel for Amicus Curiae*;

133. Veroff, Julie – *Counsel for Amicus Curiae*;

134. Veta, D. Jean  – *Counsel for Amicus Curiae*;

135. Weida, Jason – *Defendant*;

*Dekker v. Sec'y, Fla. Agency for Health Care Admin.*, No. 23-12155

136.   Wilson, Alan – *Counsel for Amicus Curiae.*

137.   World Professional Association for Transgender Health – *Amicus Curiae*;

Respectfully submitted this 9th day of February 2024.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2024, I electronically filed this document using the Court's CM/ECF system, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Amici Curiae*