No. 23-12155

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

AUGUST DEKKER, ET AL.,

*Plaintiffs-Appellees*

v.

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION, ET AL.,

*Defendants-Appellants*

On Appeal from the United States District Court for the
Northern District of Florida, No. 4:22-CV-00325-RH-MAF (Hinkle, J.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF *AMICI CURIAE* BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS

Katelyn Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2103
Telephone: (212) 479-6000
kkang@cooley.com

Kathleen Hartnett
Zoë Helstrom
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
khartnett@cooley.com
zhelstrom@cooley.com

*Counsel for Amici Curiae*

*Dekker, et al. v. Secretary, Florida Agency for Health Care Administration, et al.*
*Record No. 23-12155*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1-1, the undersigned counsel for *amici curiae* Aziza Ahmed, Khiara M. Bridges, David S. Cohen, I. Glenn Cohen, Charlene Galarneau, Joanna Grossman, Lisa C. Ikemoto, Maya Manian, Michelle Oberman, Dara Purvis, Rachel Rebouché, Jessica Silbey, and Michael R. Ulrich certify that each *amicus curiae* is an individual. They do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

*Amici curiae* further certify that the following persons and parties, in addition to the above-named *amici*, may have an interest in the outcome of this case:

1. Academic Pediatric Association, *Amicus*
2. Alstott, Anne, *Amicus*
3. Ahmed, Aziza, *Amicus*
1. Altman, Jennifer, *Counsel for Plaintiffs*
2. American Academy of Child and Adolescent Psychiatry, *Amicus*
3. American Academy of Family Physicians, *Amicus*
4. American Academy of Nursing, *Amicus*
5. American Academy of Pediatrics, *Amicus*
6. American College of Obstetricians and Gynecologists, *Amicus*
7. American College of Osteopathic Pediatricians, *Amicus*
8. American College of Pediatricians, *Amicus*
9. American College of Physicians, *Amicus*

10. American Medical Association, *Amicus*

11. American Pediatric Society, *Amicus*

12. American Psychiatric Association, *Amicus*

13. Anderson, Barrett, *Counsel for Amicus*

14. Antommaria, Armand, *Witness*

15. Association of American Medical Colleges, *Amicus*

16. Bailey, Andrew, *Counsel for Amicus*

17. Baker, Kellan, *Witness*

18. Bardos, Andy, *Counsel for Amicus*

19. Barnes, Brian, *Counsel for Amicus*

20. Beato, Michael, *Counsel for Defendants*

21. Biggs, Michael, *Witness*

22. Biomedical Ethics and Public Health Scholars, *Amicus*

23. Bird, Brenna, *Counsel for Amicus*

24. Boergers, Kathleen, *Counsel for Amicus*

25. Boulware, Susan, *Amicus*

26. Bowdre, Alexander Barrett, *Counsel for Amicus*

27. Brackett, John Matthew, *Witness*

28. Bridges, Khiara M., *Amicus*

29. Bronni, Nicholas J., *Counsel for Amicus*

30. Brown, Louis, Jr., *Amicus*

31. Burleigh, Clifton Francis, Jr., *Amicus*

32. Cameron, Daniel, *Counsel for Amicus*

33. Cantor, James, *Witness*

34. Carr, Chris, *Counsel for Amicus*

35. Chriss, Simone, *Counsel for Plaintiffs*

36. Chuang, Ming, *Counsel for Amicus*

37. Clark, Kaila, *Counsel for Amicus*

38. Cohen, David S., *Amicus*

39. Cohen, I. Glenn, *Amicus*

40. Commonwealth of Kentucky, *Amicus*

41. Commonwealth of Massachusetts, *Amicus*

42. Commonwealth of Virginia, *Amicus*

43. Cory, Alyssa L., *Counsel for Amicus*

44. Coursolle, Abigail, *Counsel for Plaintiffs*

45. Dalton, Ann, *Witness*

46. DeBriere, Katherine, *Counsel for Plaintiffs*

47. Dekker, August, *Plaintiff*

48. Ding, Michael, *Counsel for Witness/Third-Party Miriam Grossman*

49. District of Columbia, *Amicus*

50. Do No Harm, *Amicus*

51. Doe, Jane, *Plaintiff*

52. Doe, John, *Plaintiff*

53. Doe, Susan, *Plaintiff*

54. Donovan, Kevin, *Witness*

55. Dunn, Chelsea, *Counsel for Plaintiffs*

56. Edmiston, E. Kale, *Witness*

57. Endocrine Society, *Amicus*

58. English, Jeffrey, *Witness*

59. Ethics and Public Policy Center, *Amicus*

60. Figlio, Erik, *Counsel for Amicus*

61. Fitch, Lynn, *Counsel for Amicus*

62. Florida Agency for Health Care Administration, *Defendant*

63. Florida Chapter of the American Academy of Pediatrics, *Amicus*

64. Florida Policy Institute, *Amicus*

65. Florida Voices for Health, *Amicus*

66. Galarneau, Charlene, *Amicus*

67. Gibson, Benjamin J., *Counsel for Amicus*

68. Gonzalez-Pagan, Omar, *Counsel for Plaintiffs*

69. Griffin, Steven J., *Counsel for Amicus*

70. Griffin, Tim, *Counsel for Amicus*

71. Grossman, Joanna, *Amicus*

72. Grossman, Miriam, *Witness/Third-Party Discovery Producer*

73. Halley, Ted, *Amicus*

74. Hartnett, Kathleen, *Counsel for Amicus*

75. Hasson, Mary Rice, *Counsel for Amicus*

76. Helstrom, Zoe, *Counsel for Amicus*

77. Heyer, Walt, *Amicus*

78. Hilgers, Michael T., *Counsel for Amicus*

79. Hinkle, Robert, *U.S. District Court Judge*

80. Hruz, Paul William, *Witness*

81. Hussein, Abdul-Latif, *Amicus*

82. Hutton, Kim, *Witness*

83. Ikemoto, Lisa – *Amicus*

84. Isasi, William, *Counsel for Amicus*

85. Jacobs, Dylan L., *Counsel for Amicus*

86. Janssen, Aron Christopher, *Witness*

87. Jazil, Mohammad, *Counsel for Defendants*

88. K.F., *Plaintiff*

89. Kaliebe, Kristopher Edward, *Witness*

90. Kamody, Rebecca, *Amicus*

91. Kang, Katelyn, *Counsel for Amicus*

92. Karasic, Dan, *Witness*

93. Kiefel, Camille, *Witness*

94. Kline, Robert, *Counsel for Amicus*

95. Kniffin, Eric Nieuwenhuis, *Counsel for Amicus*

96. Knudsen, Austin, *Counsel for Amicus*

97. Kobach, Kris W., *Counsel For Amicus*

98. Krasovec, Joseph, *Counsel for Amicus*

99. Kuper, Laura, *Amicus*

100. Labrador, Raúl R., *Counsel for Amicus*

101. LaCour, Edmund G. Jr., *Counsel for Amicus*

102. Lannin, Cortlin, *Counsel for Amicus*

103. Laidlaw, Michael, *Witness*

104. Lappert, Patrick, *Witness*

105. Ladue, Jade, *Plaintiff*

*Dekker, et al. v. Secretary, Florida Agency for Health Care Administration, et al.*
*Record No. 23-12155*

106. Levine, Stephen, *Witness*

107. Little, Joseph, *Counsel for Plaintiffs*

108. Loewy, Karen L., *Counsel for Plaintiffs*

109. Manian, Maya, *Amicus*

110. Marshall, Steve, *Counsel for Amicus*

111. Marstiller, Simone, *Former Defendant*

112. Mauler, Daniel, *Counsel for Amicus*

113. McCotter, R. Trent, *Counsel for Amicus*

114. McKee, Catherine, *Counsel for Plaintiffs*

115. McNamara, Meredithe, *Amicus*

116. Meszaros, Marie Connelly, *Amicus*

117. Miller, William, *Counsel for Plaintiffs*

118. Miyares, Jason, *Counsel for Amicus*

119. Mondry, Emily, *Counsel for Amicus*

120. Morrisey, Patrick, *Counsel for Amicus*

121. Morrison, Rachel N., *Amicus*

122. Nangia, Geeta, *Witness*

123. National Association of Pediatric Nurse Practitioners, *Amicus*

124. Nordby, Daniel E., *Counsel for Witness/Third-Party Miriam Grossman* and *Counsel for Amicus*

125. Norohna, Maya, *Amicus*

126. North Central Florida Council of Child and Adolescent Psychiatry, *Amicus*

127. Oberman, Michelle, *Amicus*

128. Olezeski, Christy, *Amicus*

129. Olson-Kennedy, Johanna, *Witness*

130. Paxton, Ken, *Counsel for Amicus*

131. Pediatric Endocrine Society, *Amicus*

132. Perko, Gary, *Counsel for Defendants*

133. Polston, Ricky L., *Counsel for Amicus*

134. Pratt, Christine, *Amicus*

135. Pratt, Joshua E., *Counsel for Defendants*

136. Purvis, Dara, *Amicus*

137. Ramer, John, *Counsel for Amicus*

138. Rebouché, Rachel, *Amicus*

139. Reinhardt, Elizabeth, *Counsel for Amicus*

140. Reyes, Sean, *Counsel for Amicus*

141. Richards, Jay W., *Amicus*

142. Rivaux, Shani, *Counsel for Plaintiffs*

143. Rokita, Theodore E., *Counsel for Amicus*

144. Rothstein, Brit, *Plaintiff*

145. Samuels, Valerie, *Counsel for Amicus*

146. Schechter, Loren, *Witness*

147. Scott, Sophie, *Witness*

148. Severino, Roger, *Amicus*

149. Shaw, Gary, *Counsel for Plaintiffs*

150. Sheeran, Andrew, *General Counsel for Defendant AHCA*

151. Shumer, Daniel, *Witness*

152. Silbey, Jessica, *Amicus*

153. Skrmetti, Jonathan, *Counsel for Amicus*

154. Societies for Pediatric Urology, *Amicus*

155. Society for Adolescent Health and Medicine, *Amicus*

156. Society for Pediatric Research, *Amicus*

157. Society of Pediatric Nurses, *Amicus*

158. State of Alabama, *Amicus*

159. State of Arkansas, *Amicus*

160. State of California, *Amicus*

161. State of Delaware, *Amicus*

162. State of Georgia, *Amicus*

163. State of Idaho, *Amicus*

164. State of Illinois, *Amicus*

165. State of Indiana, *Amicus*

166. State of Iowa, *Amicus*

167. State of Kansas, *Amicus*

168. State of Louisiana, *Amicus*

169. State of Maryland, *Amicus*

170. State of Mississippi, *Amicus*

171. State of Missouri, *Amicus*

172. State of Montana, *Amicus*

173. State of Nebraska, *Amicus*

174. State of New York, *Amicus*

175. State of North Dakota, *Amicus*

176. State of Oregon, *Amicus*

177. State of Rhode Island, *Amicus*

178. State of South Carolina, *Amicus*

179. State of Tennessee, *Amicus*

180. State of Texas, *Amicus*

181. State of Utah, *Amicus*

182. State of West Virginia, *Amicus*

183. Szilagyi, Nathalie, *Amicus*

184. Thompson, David, *Counsel for Amicus*

185. Ulrich, Michael, *Amicus*

186. Veta, D. Jean, *Counsel for Amicus*

187. Van Meter, Quentin, *Witness*

188. Van Mol, Andre, *Witness*

189. Weida, Jason, *Defendant*

190. Wilson, Alan, *Counsel for Amicus*

191. World Professional Association for Transgender Health, *Amicus*

192. Zanga, Joseph, *Witness*