# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

                                                              Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

2           Order of the Court           23-12155

                                           Defendants- Appellants,

SIMONE MARSTILLER,
In Her Capacity as Secretary AHCA, et al.,

                                           Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

      The motions filed by Attorney R. Trent McCotter and Attorney Eric Kniffin to accept as properly filed the two *amici curiae* briefs they each docketed in this appeal on October 13, 2023 are GRANTED.

                                 /s/ Charles R. Wilson
                                 UNITED STATES CIRCUIT JUDGE