IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

AUGUST DEKKER, et al.,

    Plaintiffs-Appellees,

Case No. 23-12155

v.

FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION, et al.,

    Defendants-Appellants.
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Joshua E. Pratt respectfully files this Motion for Leave to Withdraw as Counsel for Secretary Jason Weida, in his official capacity as Secretary of the Florida Agency for Health Care Administration, and the Florida Agency for Health Care Administration (collectively, "AHCA"), and in support thereof, states as follows:

1. Joshua E. Pratt has accepted new employment beginning in May 2024.

2. AHCA consents to the withdrawal. Other members of the law firm Holtzman Vogel are representing, and will continue to represent, AHCA in the case. Specifically, Mohammad O. Jazil and other counsel have made appearances on behalf of AHCA.

WHEREFORE, undersigned counsel respectfully requests this Court grant leave for Joshua E. Pratt to withdraw as counsel for AHCA and enter an Order granting this motion, authorizing Joshua E. Pratt to withdraw as attorney of record for AHCA and

directing all future communications concerning this matter be sent to the remaining counsel of record.

Dated: April 26, 2024

Respectfully submitted by,

*/s/ Joshua E. Pratt*
Joshua E. Pratt (FBN 119347)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938 (phone)
jpratt@holtzmanvogel.com

*Counsel for Secretary Weida and the Florida Agency for Health Care Administration*

2

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of any persons or entities with an interest in the outcome of this appeal that were not included in the Certificate of Interested Persons contained in the opening brief or in any other brief filed in this matter.

Dated: April 26, 2024               */s/ Joshua E. Pratt*
                                    Joshua E. Pratt

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

*/s/ Joshua E. Pratt*
Joshua E. Pratt

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Joshua E. Pratt*
Joshua E. Pratt