In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-12155

————————————

AUGUST DEKKER,

a.k.a. Kori Dekker,

BRIT ROTHSTEIN,

SUSAN DOE,

A Minor by Her Parents and Next Friends,

JANE DOE,

On Behalf of Susan Doe,

JOHN DOE,

A Parent on Behalf of Susan Doe, et al.,

Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE

ADMINISTRATION,

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE

ADMINISTRATION,

Defendants- Appellants,

2                        Order of the Court                        23-12155

SIMONE MARSTILLER,

In Her Capacity as Secretary AHCA, et al.,

                                                            Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

        The motion to withdraw as counsel for the Appellants filed
by Attorney Joshua E. Pratt is GRANTED.


                        /s/ Nancy G. Abudu
                        UNITED STATES CIRCUIT JUDGE