# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

                                                 Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

Defendants- Appellants,

SIMONE MARSTILLER,
In Her Capacity as Secretary AHCA, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

The parties are DIRECTED to file supplemental briefs addressing the following issue:

Does the invidious-discrimination analysis associated with *Washington v. Davis*, 426 U.S. 229 (1976), and *Personnel Administrator of Massachusetts v. Feeney*, 442 U.S. 256 (1979), apply only to "suspect" and "quasi-suspect" classes like race and sex, or does it apply more broadly?

The briefs should be no more than 10 pages in length and should be filed on or before November 6, 2024.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION