In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-12155

————————————————

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

2                        Order of the Court                    23-12155

                                        Defendants- Appellants,

                        _____

                Appeal from the United States District Court
                  for the Northern District of Florida
                  D.C. Docket No. 4:22-cv-00325-RH-MAF

                        _____

ORDER:

        Amicus Curiae United States' motion to participate at oral
argument is GRANTED.

                                DAVID J. SMITH
                        Clerk of the United States Court of
                        Appeals for the Eleventh Circuit

                ENTERED FOR THE COURT - BY DIRECTION