No. 23-12155

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

AUGUST DEKKER, *et al.*,

Plaintiffs-Appellees

v.

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION, *et al.*,

Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

                                           KATHLEEN WOLFE
                                            Deputy Assistant Attorney General

                                          BONNIE I. ROBIN-VERGEER
                                          ANNA M. BALDWIN
                                            Attorneys
                                            Department of Justice
                                            Civil Rights Division
                                            Appellate Section
                                            Ben Franklin Station
                                            P.O. Box 14403
                                            Washington, D.C. 20044-4403
                                            (202) 305-4278

*Dekker v. Secretary, Florida Agency for Health Care Admin.*, No. 23-12155

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for amicus curiae United States hereby certifies that other than the persons and entities previously identified in the briefs filed in this matter there are no additional persons or entities to identify.

s/ Anna M. Baldwin
ANNA M. Baldwin
  Attorney

Date:  January 30, 2025

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Anna M. Baldwin as counsel of record in the above-captioned case as of January 31, 2025.

The United States will continue to be represented by Bonnie I. Robin-Vergeer.

                Respectfully submitted,

                KATHLEEN WOLFE
                 Deputy Assistant Attorney General

                <u>s/ Anna M. Baldwin</u>
                BONNIE I. ROBIN-VERGEER
                ANNA M. BALDWIN
                 Attorneys
                 Department of Justice
                 Civil Rights Division
                 Appellate Section
                 Ben Franklin Station
                 P.O. Box 14403
                 Washington, D.C.  20044-4403
                 (202) 305-4278

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 43 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                              s/ Anna M. Baldwin
                                              ANNA M. BALDWIN
                                                 Attorney

Date:  January 30, 2025