In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

                                            Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

                                            Defendants- Appellants,

2　　　　　　　　　　　　Order of the Court　　　　　　　　　　　　23-12155

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

The motion to withdraw as counsel for the Amicus Curiae USA filed by Attorney Anna M. Baldwin is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION