IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12155

AUGUST DEKKER, *et al.*,

Plaintiffs-Appellees

v.

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
*et al.*,

Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

_____

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
BRIEF AS AMICUS CURIAE

_____

After the change in Administrations, the United States is hereby

withdrawing its brief as amicus curiae, filed on December 4, 2023.

Respectfully submitted,

MAC WARNER
  Deputy Assistant Attorney General

s/ Sydney A.R. Foster
SYDNEY A.R. FOSTER
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 305-5941