# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
A Minor by Her Parents and Next Friends,
JANE DOE,
On Behalf of Susan Doe,
JOHN DOE,
A Parent on Behalf of Susan Doe, et al.,

                                      Plaintiffs-Appellees,

*versus*

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

                                      Defendants- Appellants,

| | | |
|---|---|---|
| 2 | Order of the Court | 23-12155 |

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

The parties in this case are DIRECTED to file supplemental briefs addressing the following two questions:

1. What impact, if any, does *Medina v. Planned Parenthood South Atlantic*, No. 23-1275, 2025 WL 1758505 (Jun. 26, 2025), have on whether the provisions of the Medicaid Act at issue in this case confer individual rights enforceable under 42 U.S.C. § 1983?

2. What impact, if any, does *United States v. Skrmetti*, 145 S. Ct. 1816 (2025), have on the Equal Protection Clause analysis in this case?

The briefs should be no longer than 10 single-spaced pages and should be filed on or before Friday, July 11, 2025.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION