No. 23-12155-J

# In the United States Court of Appeals for the Eleventh Circuit

AUGUST DEKKER, BRIT ROTHSTEIN, SUSAN DOE, by and through her parents and next friends, JANE DOE and JOHN DOE, and K.F., by and through his parent and next friend, JADE LADUE,

*Plaintiffs-Appellees*,

v.

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION, *et al.*,

*Defendants-Appellants*.

On Appeal from the U.S. District Court for the Northern District of Florida, No. 4:22-cv-00325, Honorable Robert L. Hinkle, District Judge

## APPELLEES' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

| | | |
|---|---|---|
| Jennifer Altman<br>Shani Rivaux<br>PILLSBURY WINTHROP<br>SHAW PITTMAN, LLP<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br><br>Catherine McKee<br>NATIONAL HEALTH LAW PROGRAM<br>1512 E. Franklin Street, Suite 110<br>Chapel Hill, NC 27514<br>(919) 968-6308 | Simone Chriss<br>Chelsea Dunn<br>SOUTHERN LEGAL COUNSEL, INC.<br>1229 NW 12th Avenue<br>Gainesville, FL 32601<br>(352) 271-8890<br><br>Abigail Coursolle<br>NATIONAL HEALTH LAW PROGRAM<br>3701 Wilshire Boulevard Suite 315<br>Los Angeles, CA 90010<br>(310) 736-1652 | Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>(212) 809-8585<br><br>Katy DeBriere<br>FLORIDA HEALTH JUSTICE PROJECT<br>3900 Richmond Street<br>Jacksonville, FL 32205<br>(352) 278-6059 |

*Counsel for Plaintiffs-Appellees*
(Additional counsel listed on inside cover.)

| | |
|---|---|
| William C. Miller<br>Gary J. Shaw<br>PILLSBURY WINTHROP<br>SHAW PITTMAN, LLP<br>1200 17th Street, NW<br>Washington, DC 20036<br>(202) 663-8000 | Karen L. Loewy<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>1776 K Street, NW, 8th Floor<br>Washington, DC 20006<br>(202) 804-6245 |

*Counsel for Plaintiffs-Appellees*

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees certify that the following have an interest in the outcome of this case:

1. Academic Pediatric Association, *Amicus*
2. Alstott, Anne, *Amicus*
3. Altman, Jennifer, *Counsel for Plaintiffs*
4. American Academy of Child and Adolescent Psychiatry, *Amicus*
5. American Academy of Family Physicians, *Amicus*
6. American Academy of Nursing, *Amicus*
7. American Academy of Pediatrics, *Amicus*
8. American College of Obstetricians and Gynecologists, *Amicus*
9. American College of Osteopathic Pediatricians, *Amicus*
10. American College of Physicians, *Amicus*
11. American Medical Association, *Amicus*
12. American Pediatric Society, *Amicus*
13. American Psychiatric Association, *Amicus*
14. Anderson, Barrett, *Counsel for Amicus*
15. Antommaria, Armand, *Witness*
16. Association of American Medical Colleges, *Amicus*
17. Baker, Kellan, *Witness*

C-1

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

18. Bardos, Andy, *Counsel for Amicus*

19. Barnes, Brian, *Counsel for Amicus*

20. Beato, Michael, *Counsel for Defendants*

21. Biggs, Michael, *Witness*

22. Biomedical Ethics and Public Health Scholars, *Amicus*

23. Boergers, Kathleen, *Counsel for Amicus*

24. Boulware, Susan, *Amicus*

25. Bowdre, Alexander, *Counsel for Amicus*

26. Brackett, John Matthew, *Witness*

27. Brown, Louis, Jr., *Amicus*

28. Burleigh, Clifton, Jr., *Amicus*

29. Cantor, James, *Witness*

30. Charles, Carl, *Counsel for Plaintiffs*

31. Chriss, Simone, *Counsel for Plaintiffs*

32. Chuang, Ming, *Counsel for Amicus*

33. Clark, Kaila, *Counsel for Amicus*

34. Commonwealth of Massachusetts, *Amicus*

35. Coursolle, Abigail, *Counsel for Plaintiffs*

36. Dalton, Ann, *Witness*

37. DeBriere, Katherine, *Counsel for Plaintiffs*

38. Dekker, August, *Plaintiff*

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

39. Ding, Michael, *Counsel for Witness/Third-Party Miriam Grossman*

40. District of Columbia, *Amicus*

41. Do No Harm, *Amicus*

42. Doe, Jane, *Plaintiff*

43. Doe, John, *Plaintiff*

44. Doe, Susan, *Plaintiff*

45. Donovan, Kevin, *Witness*

46. Dunn, Chelsea, *Counsel for Plaintiffs*

47. Edmiston, E. Kale, *Witness*

48. Endocrine Society, *Amicus*

49. English, Jeffrey, *Witness*

50. Figlio, Erik, *Counsel for Amicus*

51. Florida Agency for Health Care Administration, *Defendant*

52. Florida Chapter of the American Academy of Pediatrics, *Amicus*

53. Florida Policy Institute, *Amicus*

54. Florida Voices for Health, *Amicus*

55. Gonzalez-Pagan, Omar, *Counsel for Plaintiffs*

56. Grossman, Miriam, *Witness/Third-Party Discovery Producer*

57. Halley, Ted, *Amicus*

58. Hartnett, Kathleen, *Counsel for Amicus*

59. Helstrom, Zoe, *Counsel for Amicus*

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

60. Heyer, Walt, *Amicus*

61. Hinkle, Robert, *U.S. District Court Judge*

62. Hruz, Paul William, *Witness*

63. Hussein, Abdul-Latif, *Amicus*

64. Hutton, Kim, *Witness*

65. Isasi, William, *Counsel for Amicus*

66. Janssen, Aron Christopher, *Witness*

67. Jazil, Mohammad, *Counsel for Defendants*

68. K.F., *Plaintiff*

69. Kaliebe, Kristopher Edward, *Witness*

70. Kamody, Rebecca, *Amicus*

71. Kang, Katelyn, *Counsel for Amicus*

72. Karasic, Dan, *Witness*

73. Kiefel, Camille, *Witness*

74. Kline, Robert, *Counsel for Amicus*

75. Kniffin, Eric, *Counsel for Amicus*

76. Krasovec, Joseph, *Counsel for Amicus*

77. Kuper, Laura, *Amicus*

78. Lannin, Cortlin, *Counsel for Amicus*

79. Laidlaw, Michael, *Witness*

80. Lappert, Patrick, *Witness*

81. Ladue, Jade, *Plaintiff*

82. Levine, Stephen, *Witness*

83. Little, Joseph, *Counsel for Plaintiffs*

84. Loewy, Karen L., *Counsel for Plaintiffs*

85. Marstiller, Simone, *Former Defendant*

86. Mauler, Daniel, *Counsel for Amicus*

87. McKee, Catherine, *Counsel for Plaintiffs*

88. McNamara, Meredithe, *Amicus*

89. Meszaros, Marie, *Amicus*

90. Miller, William, *Counsel for Plaintiffs*

91. Mondry, Emily, *Counsel for Amicus*

92. Morrison, Rachel, *Amicus*

93. Nangia, Geeta, *Witness*

94. National Association of Pediatric Nurse Practitioners, *Amicus*

95. Nordby, Daniel E., *Counsel for Witness/Third-Party Miriam Grossman*

96. Norohna, Maya, *Amicus*

97. North Central Florida Council of Child and Adolescent Psychiatry, *Amicus*

98. Olezeski, Christy, *Amicus*

99. Olson-Kennedy, Johanna, *Witness*

100. Pediatric Endocrine Society, *Amicus*

101. Perko, Gary, *Counsel for Defendants*

102. Pratt, Christine, *Amicus*

103. Pratt, Joshua, *Counsel for Defendants*

104. Ramer, John, *Counsel for Amicus*

105. Reinhardt, Elizabeth, *Counsel for Amicus*

106. Richards, Jay, *Amicus*

107. Rivaux, Shani, *Counsel for Plaintiffs*

108. Rothstein, Brit, *Plaintiff*

109. Samuels, Valerie, *Counsel for Amicus*

110. Schechter, Loren, *Witness*

111. Scott, Sophie, *Witness*

112. Severino, Roger, *Amicus*

113. Shaw, Gary, *Counsel for Plaintiffs*

114. Sheeran, Andrew, *General Counsel for Defendant AHCA*

115. Shumer, Daniel, *Witness*

116. Societies for Pediatric Urology, *Amicus*

117. Society for Adolescent Health and Medicine, *Amicus*

118. Society for Pediatric Research, *Amicus*

119. Society of Pediatric Nurses, *Amicus*

120. State of Alabama, *Amicus*

121. State of Arkansas, *Amicus*

122. State of California, *Amicus*

123. State of Delaware, *Amicus*

124. State of Georgia, *Amicus*

125. State of Illinois, *Amicus*

126. State of Indiana, *Amicus*

127. State of Iowa, *Amicus*

128. State of Kentucky, *Amicus*

129. State of Louisiana, *Amicus*

130. State of Maryland, *Amicus*

131. State of Mississippi, *Amicus*

132. State of Missouri, *Amicus*

133. State of Montana, *Amicus*

134. State of Nebraska, *Amicus*

135. State of New York, *Amicus*

136. State of North Dakota, *Amicus*

137. State of Oregon, *Amicus*

138. State of Rhode Island, *Amicus*

139. State of South Carolina, *Amicus*

140. State of Tennessee, *Amicus*

141. State of Texas, *Amicus*

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

142. State of Utah, *Amicus*

143. State of Virginia, *Amicus*

144. Szilagyi, Nathalie, *Amicus*

145. Thompson, David, *Counsel for Amicus*

146. Veroff, Julie, *Counsel for Amicus*

147. Veta, D. Jean, *Counsel for Amicus*

148. Van Meter, Quentin, *Witness*

149. Van Mol, Andre, *Witness*

150. Weida, Jason, *Defendant*

151. World Professional Association for Transgender Health, *Amicus*

152. Zanga, Joseph, *Witness*

Per Circuit Rule 26.1-2, Plaintiffs-Appellees certify that the CIP contained herein is complete.

Dated: July 8, 2025                    */s/ Chelsea Dunn*
                                                                                       Chelsea Dunn
                                                                                       *Counsel for Plaintiffs-Appellees*

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

## APPELLEES'/PLAINTIFFS' MOTION
## FOR LEAVE TO WITHDRAW

Pursuant to Eleventh Circuit Court of Appeals Rule 27-1 and 34-4(e) the undersigned counsel, Chelsea Dunn, respectfully requests that this Court grant her leave to withdraw as co-counsel for Appellees/Plaintiffs Dekker, Rothstein, Doe, and K.F. in the above-captioned matter. As grounds therefor, Plaintiffs state:

1. Ms. Dunn is leaving her employment at Southern Legal Counsel on July 8, 2025.

2. Each Plaintiff individually and separately provided their consent for Ms. Dunn to withdraw from this matter.

3. Plaintiffs shall continue to be represented by remaining counsel of record listed in the signature block below.

4. Counsel for Appellees/Plaintiffs has conferred with counsel for Appellants/Defendants, who have no objection to Ms. Dunn's withdrawal.

DATED: July 8, 2025                          Respectfully submitted,

*/s/ Chelsea Dunn*                           Omar Gonzalez-Pagan
Simone Chriss                                LAMBDA LEGAL DEFENSE AND
Chelsea Dunn                                 EDUCATION FUND, INC.
SOUTHERN LEGAL COUNSEL, INC.                 120 Wall Street, 19th Floor
1229 NW 12th Avenue                          New York, NY 10005
Gainesville, FL 32601

1

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

(352) 271-8890
simone.chriss@southernlegal.org
chelsea.dunn@southernlegal.org

Katy DeBriere
FLORIDA HEALTH JUSTICE PROJECT
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

Abigail Coursolle
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
(310) 736-1652
coursolle@healthlaw.org

Catherine McKee
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
mckee@healthlaw.org

(212) 809-8585

ogonzalez-pagan@lambdalegal.org

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, NW, 8th Floor
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Jennifer Altman
Shani Rivaux
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
jennifer.altman@pillsburylaw.com
shani.rivaux@pillsburylaw.com

William C. Miller
Gary J. Shaw
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
1200 17th Street, NW
Washington, DC 20036
(202) 663-8000
william.c.miller@pillsburylaw.com
gary.shaw@pillsburylaw.com

*Counsel for Plaintiffs-Appellants*

2

*August Dekker, et al. v. Secretary, Florida Agency for Health Care Administration*
No. 23-12155

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 118 words, excluding the parts of the motion exempted by Rule 32(f).

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Chelsea Dunn*
Chelsea Dunn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail through the Court's CM/ECF system on all counsel or parties of record on July 8, 2025.

*/s/ Chelsea Dunn*
Chelsea Dunn