# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12155

_____

AUGUST DEKKER,
   a.k.a. Kori Dekker,
BRIT ROTHSTEIN,
SUSAN DOE,
   A Minor by Her Parents and Next Friends,
JANE DOE,
   On Behalf of Susan Doe,
JOHN DOE,
   A Parent on Behalf of Susan Doe, et al.,

*Plaintiffs-Appellees,*

versus

FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
SECRETARY, FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

*Defendants- Appellants,*

2            Order of the Court            23-12155

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00325-RH-MAF

_____

ORDER:

The motion to withdraw as counsel for the Amicus Curiae State of Alabama et al. filed by Attorney Edmund G. LaCour, Jr. is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION